Gaffney et al. *v.* Collins, Appellant.

Argued September 15, 1964. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Martin J. Cunningham,* for appellant.

*Stephen E. Levin,* with him *Alvin M. Chanin,* for appellee.

OPINION PER CURIAM, September 30, 1964:

The Order of the Court of Common Pleas No. 7 of Philadelphia County is affirmed on the opinion of Judge ETHAN ALLEN DOTY for the court below, reported at 34 Pa. D. & C. 2d 142.